Form **8849** (Rev. January 2003)

Department of the Treasury — Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: PARKER HANNIFIN CORPORATION

Employer identification number (EIN): 34-0451060

Address (number, street, room or suite no.): 6035 PARKLAND BLVD.

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: CLEVELAND OH

ZIP code: 44124

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 06

Daytime telephone number (optional):

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims, or* ***Form 4136****, Credit for Federal Tax Paid on Fuels,* ***Form 2290****, Heavy Highway Vehicle Use Tax Return, or* ***Form 730****, Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☒ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] 4/25/03

Signature and title (if applicable) Date

ROBERT L. FAZULAK

Type or print your name below signature.



ISA
STF FED8849F

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury — Internal Revenue Service

# Other Claims

▸ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1 - 5) |
|---|---|---|
| PARKER HANNIFIN CORPORATION | 34-0451060 | $ 82,243 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▸ 12/01/2001 Latest date ▸ 02/28/2003

**Claimant's registration number** for Section 4091(d) claims. ▸ ____________

| Tax | Amount of refund | CRN |
|---|---|---|
| 1 COMMUNICATION EXCISE TAX | $ 82,243 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

SEE ATTACHMENT

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1 - 5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on the return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under Where To File in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

# Form 8849 Attachment

| | |
|---|---|
| Name of Claimant: | Parker Hannifin Corporation |
| Employer Identification Number: | 34-0451060 |
| Type of Return Filed: | 720 |
| Excise Tax: | Communication Excise Tax |
| Period of Claim: | December 1, 2001 – February 28, 2003 |
| Income Tax Year: | June 30 |
| Amount to be Refunded: | $82,243.00 plus interest (see last paragraph of this Attachment) |

This claim is for taxes collected from Claimant, whether directly or through its long distance provider in connection with excise taxes on communication services (the "Communication Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communication Services Excise Tax with respect to "private communication services," within the meaning of Code Section 4252(d). VPN services qualify as "private communication services," and as a result, these services are exempt from the Communication Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax-exempt "private communication services," then, (1) to the extent the VPN services are attributable to intra-corporate communication services (*i.e.*, calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Service Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communication Services Excise Tax because this is not a "local telephone service," a "toll telephone service," (inasmuch as it does not provide a telephonic quality communication) or a "teletypewriter exchange service."

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service," within the meaning of Code Section 4252 (b), and is therefore exempt from the communications excise tax, to the extent the charge does not vary in amount with the distance of each individual communication.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CD 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through the Claimant's long distance provider, however, upon request. Please note that the exact amount of taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

Parker Hannifin Corporation
FEIN # 34-0451060
Federal Excise Tax Refund
For the period of December 1, 2001 - February 28, 2003
Detail by Quarter

| Quarter | Total Federal Excise Tax Paid | Federal Regulatory Charges | Total Refund Amount |
|---|---|---|---|
| 4th Qtr 2001 Total* | $ 4,701.17 | $ (516.15) | $ 4,185.02 |
| 1st Qtr 2002 Total | 18,946.90 | (2,210.05) | 16,736.85 |
| 2nd Qtr 2002 Total | 19,551.21 | (2,297.10) | 17,254.11 |
| 3rd Qtr 2002 Total | 18,036.04 | (1,913.09) | 16,122.95 |
| 4th Qtr 2002 Total | 17,750.35 | (1,448.77) | 16,301.58 |
| 1st Qtr 2003 Total** | 12,668.06 | (1,025.99) | 11,642.07 |
| **Grand Total:** | **$ 91,653.73** | **$ (9,411.15)** | **$ 82,242.58** |

*Only includes December amount; October and November included in claim filed in April 2000.
**Only includes January and February. March data unavailable for inclusion in this claim.

Form **8849** (Rev. January 2003)

Department of the Treasury — Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: PARKER HANNIFIN CORPORATION

Employer identification number (EIN): 34-0451060

Address (number, street, room or suite no.): 6035 Parkland Blvd

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: CLEVELAND, OH

ZIP code: 44145

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 06

Daytime telephone number (optional):

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on **Schedule C (Form 720)**, Claims, or **Form 4136**, Credit for Federal Tax Paid on Fuels, **Form 2290**, Heavy Highway Vehicle Use Tax Return, or **Form 730**, Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☒ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Manager Corporate Tax Tech. — 02/13/2004

Signature and title (if applicable) — Date

Robert L. Fazulak

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.



ISA
STF FED8849F

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of th asury — Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1 - 5) |
|---|---|---|
| PARKER HANNIFIN CORPORATION | 34-0451060 | $ 56,237 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 3/1/03 Latest date ▶ 12/31/03

**Claimant's registration number** for Section 4091(d) claims. ▶

| Tax | Amount of refund | CRN |
|---|---|---|
| 1 COMMUNICATION EXCISE TAX | $ 56,237 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

SEE ATTACHMENT

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1 - 5, including refunds of excise taxes reported on:

- **Form 720**, Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290**, Heavy Highway Vehicle Use Tax Return;
- **Form 730**, Monthly Tax Return for Wagers; and
- **Form 11-C**, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on the return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

# Form 8849 Attachment

| | |
|---|---|
| Name of Claimant: | Parker Hannifin Corporation |
| Employer Identification Number: | 34-0451060 |
| Type of Return Filed: | 720 |
| Excise Tax: | Communication Excise Tax |
| Period of Claim: | March 1, 2003 – December 31, 2003 |
| Income Tax Year: | June 30 |
| Amount to be Refunded: | $56,237.00 plus interest (see last paragraph of this Attachment) |

This claim is for taxes collected from Claimant, whether directly or through its long distance provider in connection with excise taxes on communication services (the "Communication Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communication Services Excise Tax with respect to "private communication services," within the meaning of Code Section 4252(d). VPN services qualify as "private communication services," and as a result, these services are exempt from the Communication Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax-exempt "private communication services," then, (1) to the extent the VPN services are attributable to intra-corporate communication services (*i.e.*, calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Service Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communication Services Excise Tax because this is not a "local telephone service," a "toll telephone service," (inasmuch as it does not provide a telephonic quality communication) or a "teletypewriter exchange service."

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service," within the meaning of Code Section 4252 (b), and is therefore exempt from the communications excise tax, to the extent the charge does not vary in amount with the distance of each individual communication.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CD 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through the Claimant's long distance provider, however, upon request. Please note that the exact amount of taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

Parker Hannifin Corporation
FEIN # 34-0451060
Federal Excise Tax Refund
For the period of March 1, 2003 - December 31, 2003

| Period | Total Fed. Excise Tax Paid | Federal Regulatory Charges | Total Refund Amount |
|---|---|---|---|
| February, 2003 | $6,057.41 | $498.61 | $ 5,558.80 |
| March, 2003 | $5,710.96 | $457.32 | $ 5,253.64 |
| April, 2003 | $5,548.56 | $444.88 | $ 5,103.68 |
| May, 2003 | $5,344.20 | $427.04 | $ 4,917.16 |
| June, 2003 | $5,658.04 | $460.63 | $ 5,197.41 |
| July, 2003 | $5,728.91 | $465.03 | $ 5,263.88 |
| August, 2003 | $5,076.56 | $421.79 | $ 4,654.77 |
| September, 2003 | $5,888.36 | $420.62 | $ 5,467.74 |
| October, 2003 | $5,987.10 | $451.21 | $ 5,535.89 |
| November, 2003 | $4,830.77 | $372.37 | $ 4,458.40 |
| December, 2003 | $5,206.32 | $380.55 | $ 4,825.77 |
| **Grand Total:** | **$ 61,037.19** | **$ 4,800.05** | **$ 56,237.14** |