ORIGINAL

FILED
JUN 30 2006
U.S. COURT OF FEDERAL CLAIMS

Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, N.J. 07054

Attorneys for Plaintiff
Parker Hannifin Corporation

ECF

**IN THE UNITED STATES COURT**

**OF FEDERAL CLAIMS**

PARKER HANNIFIN CORPORATION

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

**Case Number** 06-494 T

PLAINTIFF PARKER HANNIFIN CORPORATION

RULE 7.1 STATEMENT

Pursuant to RCFC 7.1, Plaintiff Parker Hannifin Corporation hereby certifies that no publicly held corporation owns more than ten percent of its stock.

Dated: June 30, 2006

KELLEY DRYE & WARREN LLP

By: [signature]
Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.

Attorneys for Plaintiff
Parker Hannifin Corporation