# In the United States Court of Federal Claims

Case No. 06-494T
(Filed: October 19, 2006)

| | |
|---|---|
| PARKER HANNIFAN CORPORATION, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The Court intends to schedule a telephonic preliminary status conference (on the record) during November 7-30, 2006.

Accordingly, it is ORDERED that the parties agree upon three dates during this time period and **notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than October 31, 2006**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge