# In the United States Court of Federal Claims

Case No. 06-494T
(Filed: November 29, 2006)

*****************************************************
PARKER HANNIFAN CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The Court held a telephonic status conference in the above captioned case on Wednesday, November 29, 2006. The parties request that this case be stayed while they attempt to resolve this matter informally.

**This case is stayed until further notice. The parties shall file a JSR every 60 days, beginning January 26, 2007**, regarding the status of the case.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge